## JAMES CONNOR *et al.*

*v.*

## THE TOWN OF WEST CHICAGO.

*Filed at Ottawa June 13, 1896.*

The opinion in the case of *Farrell* v. *Town of West Chicago,* (*ante,* p. 280,) is decisive of this, the questions being the same.

WRIT OF ERROR to the County Court of Cook county; the Hon. FRANK SCALES, Judge, presiding.

GEORGE W. WILBUR, (N. A. PARTRIDGE, of counsel,) for plaintiffs in error.

Per CURIAM: The questions presented on this record are the same as those in *Farrell* v. *Town of West Chicago,* (*ante,* p. 280,) and the opinion in that case is decisive of this. The judgment is reversed and the cause remanded.

*Reversed and remanded.*